FILED: January 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2467 (L)
(2:12-cv-00063-PMD)

_____

CRESCOM BANK, successor by merger to Community FirstBank

      Plaintiff - Appellee

v.

EDWARD L. TERRY

      Defendant - Appellant

and

HARRIS STREET LLC, now known as CCT Reserve LLC; SUGARLOAF MARKETPLACE LLC; CCT RESERVE LLC

      Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Opening brief and Appendix due: 03/12/2014

Opening/response brief due: 04/14/2014

Response/reply brief due: 05/15/2014

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk